FILED

JUN 21 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Plaintiff's Name **Robert Cavazos**
Prisoner No. **J26206**
Institutional Address **480 Alta Road San Diego CA 92179**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**Robert Cavazos**
*(Enter your full name)*

v.

MR. Rodgers, RJD - c/o's MR. Garilaso, MR. Trejo, MS. Gonzalez, MR. Armenta, MR. Covell, MR. Briones, MR. Falcon, MR. Cortez, MS. Sanchez, MR. Miranda, MCSP John Does, MS. Jane Does, AL L.A.C. CSATF J. Does (RJD) MR. Toveda, MR. Trevino, MR. Hernandez, J. Does, CSP-COR MS. J. Marquez, MR. Reyes, MR. Medina, J. Does
*(Enter the full name(s) of all defendants in this action)*

Case No. **21-cv-4330 LB**
*(Provided by the clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

### I. Exhaustion of Administrative Remedies.

*You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

A. Place of present confinement **RJD 480 Alta Road San Diego 92179**

B. Is there a grievance procedure in this institution?  ☑ YES    ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
   ☑ YES    ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: **See Attachment: Grievance Procedure Attempted**

   2. First formal level: **" "** _____

3. Second formal level: _____

_____

_____

4. Third formal level: _____

_____

_____

E. Is the last level to which you appealed the highest level of appeal available to you?
☐ YES          ☒ NO

F. If you did not present your claim for review through the grievance procedure, explain why.

As summarized in Attachment Grievance procedure attempted, the Grievance process became meaningless and disregarded by CDCR John and Jane Does in present and previous prisons.

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).

No one else

_____

_____

_____

B. For each defendant, provide full name, official position and place of employment.

N/A

_____

_____

_____

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Firstly resorting to 101 pages declaration - with screened out God's PuR write up discrepancy's - is attempt of RJD staff pertaining having me physically assaulted by their orchestration - thru

numerous inmates and C/O's extensively - ongoing since Corcoran 2017 and every prison since then. This systematic is as best as I could chronologically explained in 101 pages - received on May 14-2021 by this court. Furthermore, as stated within 101 pages, I stated and accurately perceived that RJD staff upon discovery of my interest and/or 602 grievance 5-10-21, that they will find a way to set me up - fabricate some allegation to place me in ASU segregation. And on 5-18-21 I was placed in ASU under the cover of anonymous letter of I being a threat to assault staff (such bologna - but proof of ongoing retaliatory methods. So more weight to my overall claim. Now as I mentioned within the 101 pages of I being mysteriously assaulted by inmate on 4-15-21 - so on June 12-2021, that inmate discussed 2 blue pages in pencil declaring one of the C/O's who ordered him to assault me see blue 2 pages in pencil signed by Inmate J. Lopez AW4432; much more he discussed to many here in ASU. Since 5-18-21 to present stay in ASU - I could pinpoint their C/O's continuance of their retaliation. If the Body cams were not here I'd be dead.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

(1) Appointment of counsel, (2) Federal and state law enforcement investigate such criminal allegations - under Prima Facie showing. (3) That Coleman case law lawyer advocates be assigned in this - due also to my will and strength mental capacity present - mental patient. (4) Transferred to prison were cameras - body cams exist within CDCR or temporary federal prison housing Terminal Island - Lompoc?

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: June 15-2021

Signature of Plaintiff: Robert Cavazos

# Grievance Procedure Attempted

Please see within 38 pages submitted with documentations received by this court stamped received May 14-2021. Within those documentations explanation within 38 pages and attachments, demonstration of RJD methods of disappearing such 602's since early 2019, and on some occassions returning the 602 unlogged; hand delivered to me under the threat of and by c/o's. On some other lesser allegations of non-abuse 602's, staff returned to me over 1 year later unlogged - and hand delivered with abusive mockery - to discourage - threaten me to not to 602's.

    Nevertheless upon mailing informal complaint to this court received by court May 14-2021, I stated therein that I would again attempt to re-submit such allegations of systematic orchestrated abuse-physical harm on 5-12-21 thru 6-2-21, total 11 602 grievances submitted camera-audible recordings of recent 602's, however RJD to present have only the receipt log no. of HC21000704, no. 0117933, 01212227, no. 0120190. Therefore again demonstrating RJD criminal attempts or blatant disregard to again disappear, not acknowledge 7 of the 11 recent 602 grievances of crimes committed on me, CSATF, MCSP, L.A.C., Corcoran since 2017-2021. I am in imminent ongoing danger.

June 15. 2021                     Robert Campos - Robert Campos

Dear, whom it may concern

Cavazos like I told randy modero the cops and the c/o seen you screaming at officer Magaña so they told me to get at you a squash whatever has dissin the c/o. becuse were organized crime, and criminials Don't roll like that. You have in your paper work listed as sureño so they got at me. But the squashin of a diss of c/o disrepectful that does happen. So Holla at yoh boi. that led to the atcation with Lopez (AW4432)



So Be really carefull Dissin The cops, They Jump me too alrite Cavazos take care Be carefull out here.

Sincerly, Jose Lopez
(AW4432)

P.S. Hope you win your lawsuit, And pay me 300$ for the letter. Take care g put in my books



Case 3:21-cv-01156-JAH-LR   Document 5   Filed 06/21/21   PageID.150   Page 8 of 8