Robert CAVAZOS
(Name)

P.O. Box 1050
(Address)

Soledad CA 93960
(City, State, Zip)

J26206
(CDC Inmate No.)

FILED

Mar 14 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ shellyy          DEPUTY

# United States District Court
## Southern District of California

Robert CAVAZOS
(Enter full name of plaintiff in this action.)

                                    Plaintiff,

v.

MARCUS LOPEZ, Toledo,
I. BRAVO, MIRANDA,
V. CORTEZ, SEARS,
A. MAGANA, CUEVAS,
(Enter full name of each defendant in this action.)
JUAREZ, BRIONES, FALCON, Defendant(s).
SHEPARD, TREJO, GONZALEZ, N. GARILASO, et. AL

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No. 21cv1156 JAH-AHG
(To be supplied by Court Clerk)

SECOND AMENDED

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction
See ATTACHMENT FOR et AL

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to
assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. Plaintiff:  This complaint alleges that the civil rights of Plaintiff,

                    (print Plaintiff's name) Robert CAVAZOS            , who presently resides at

P.O. Box 1050
                                    (mailing address or place of confinement)
Soledad CA   93960            , were violated by the actions

of the below named individuals. The actions were directed against Plaintiff at Richard J.
DONOVAN CORRECTIONAL FACILITY   on (dates) 2-1-19, 1-3-21, and 4-15-21.
(institution/place where violation occurred)      (Count 1)      (Count 2)      (Count 3)

                                    See Attachment Additional counts

§ 1983 SD Form
(Rev. 2005)

2. <u>Defendants</u>:  (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant ___MS. GONZALEZ___ resides in ___SAN DIEGO___,
          (name)                                (County of residence)
and is employed as a ___CORRECTIONAL "PEACE" OFFICER___.  This defendant is sued in
                        (defendant's position/title (if any))
his/her ☑ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting
2-1-19   SHE
under color of law: ___Impeded my ENTRANCE INTO RJD CI4, OBSERVING
NUMEROUS INMATES SURROUND ME, ATTACK ME, CHASE ME.
She chose NOT to quell the incident___

Defendant ___MR. N. GARILASO___ resides in ___SAN DIEGO___,
          (name)                                (County of residence)
and is employed as a ___CORRECTIONAL "PEACE" OFFICER___.  This defendant is sued in
                        (defendant's position/title (if any))
his/her ☑ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting
2-1-19
under color of law: ___He observed the mob of inmates SURROUND me ATTACK
me, chase me - while he encourage the inmates and cheered their
ATTACK for 10 minutes. Then he chose not identify NONE of the inmates.___

Defendant ___MR. TOLEDO___ resides in ___SAN DIEGO___,
          (name)                                (County of residence)
and is employed as a ___CORRECTIONAL "PEACE" OFFICER___.  This defendant is sued in
                        (defendant's position/title (if any))
his/her ☑ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting
1-3-21
under color of law: ___AS I stood behind A 3½ foot × 2½ foot shower
stall door NAKED, he reached over the door with both hands
pushing me violently - knocking me down to Floor; failed to report incident___

Defendant ___MR. SEARS___ resides in ___SAN DIEGO___,
          (name)                                (County of residence)
and is employed as a ___CORRECTIONAL "PEACE" OFFICER___.  This defendant is sued in
                        (defendant's position/title (if any))
his/her ☑ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting
4-15-21
under color of law: ___Intentionally with deliberate indifference chose not to
follow normal protocol of removing inmate off the phone - in
preparation of my scheduled phone call; in turn his failure
to protect, caused the inmate to ASSAULT me And stab
me.___

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1:  The following civil right has been violated: FReedom FRom cRuel and
(E.g., right to medical care, access to courts,
UNUSUAL PUNishment, Due PRocess, FRee Speech
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

1. IN Respects to count 1, date of incident 2-1-19; RegaRding
2. Above mention Defendant MS. GoNzalez and mR. N. GARilASo
3. (See page 1 and page 2 Defendants Named). HoweveR FoR
4. the Naming of FuRtheR defendants see Attached Additional
5. PAges 1 -          CAPtioned Count 1, Defendants, FoR
6. date OF incident 2-1-19, SuppoRting FActs).
7.       ON 2-1-19, 7:00 A.m outside on way to DiNing HALL, AS
8. I stood on side of CIS building, Two inmates AppRoach me
9. AggRessively sAyiNg STAFF said, "you sNitched on STAFF At LANcasteR
10. And you ARe A stalkeR!" I brandish A metAl shank, fending
11. Off the two inmates and as I enter the dining hAll I RepoRt
12. to STAFF the incident of imminent danger of those two inmates.
13. The C/o John Doe⁽¹⁾ said, "eAt youR breakfast fAst and get out
14. there And fight becAuse youR not leaving this prison the wAy
15. you did LAncaster". As I exit dining hAll, outside between
16. C14 And C15 building the two SAme eARlieR inmates, Now had
17. 6 inmates (totAl 8). I evade the inmates, enteRing C14,
18. I AppRoach officeR mR. TRejo, explAining my imminent
19. danger, And he said, "go to youR cell, I don't wAnt to heAR it".
20. By 8 A.m (2-1-19) TRejo escorts me out of my cell C14-211,
21. And An unclothed body seARch was conducted by TRejo on
22. my peRson in loweR B showeR in C14. I then tell TRejo to
23. get the video cAmeRA footAge fRom the C14-C15-C13 outside
24. wAll AFFixed cAmeRAS and Review the danger I'm in.
                    (see Attached PAge 1 Count 1 - Defendants - FActs, cont.)

Count 2: The following civil right has been violated: Right to MEDICAL CARE, due
PROCESS, FREE SPEECH, FREEDOM FROM CRUEL AND UNUSAL PUNISHMENT.
(E.g., right to medical care, access to courts,
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in
your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant,
*by name*, did to violate the right alleged in Count 2.]

On January 3, 2021 Officer Trevino instructed with malice
And deliberate indifference under the color Law - Observation
officer Zeddillas to not unlock Plaintiff door for his
scheduled shower unlock. Plaintiff was housed in A2-102 And
on 1-3-21 A-Section cells 101-117, And 201-217 was scheduled
for showers between 2pm - 4pm. So by dinner cell-feeding,
when food trays delivered at your open-unlock cell door,
Plaintiff step outside of his room, And peacefully walked up to
Upper A section shower. Officers Defendants Toledo, Trevino
And Hernandez Approach Plaintiff, then three outside of
the opposite side of the shower door - on the tier, facing
Plaintiff who was inside the shower stall but facing the
shower door 3½ × 2½ - facing Mr. Toledo. Mr. Toledo
Reach over the shower door with both hands pushed Plaintiff
on his chest, Plaintiff fell backwards onto the shower floor
onto his naked buttocks And back And head And hands.
Before he was pushed by so Toledo, Toledo commented
After looking over the shower door At Plaintiffs testicles
in A explicit violating way. After he was knocked down
to the floor, Plaintiff stood And put on his Boxer underarmettes,
And as Toledo stood near the shower door saying "you have no
balls, Are you going to Run like on C-yard". Trevino said,
get your shower switch, oh but you have no cellphone to do
that again. Hernandez said, you know better then to 602 us,
it won't go no where. In A quick burst of Rage I swung
open the shower door hitting the shower door on Toledo -
see continuation count 2, page 10-18

Count 3: The following civil right has been violated: Freedom From Cruel And

(E.g., right to medical care, access to courts,

Unusual Punishment, Right to medical, Free Speech, Due Process.

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts:</u>   [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

As to count 3, violation occurrence April 15, 2022 the following Defendants are Added:

Defendant A. Magana, sued-Individual Capacity
Defendant J. Sanchez, sued-Individual Capacity
Defendant Ms. Sanchez, sued-Individual Capacity
Defendant Mr. Ogle, sued-Individual Capacity
Defendant Jane Doe (Sgt.) (7), sued-Individual Capacity
Defendant J. Doe (LT.) (8), sued-Individual Capacity
Defendant J. Doe (R.N.) (9), sued-Individual Capacity

On April 15, 2021 at about 1:40 pm. A. Magana told inmate Jose Lopez, make sure you get Cavazos (Plaintiff) good, for disrespecting us, plus his paperwork says he is a Supero". By 2:30 pm, two inmates told me; "careful word is that STAFF are going to let someone get you". At 3:40 pm strangely for the first time ever I realized that the designated officer observation (within the housing unit A2 - place of occurrence) never announced the clearance - removal of inmates off the phones - which always takes place 5 to 10 minutes before the next inmate scheduled phone call, in which he (SEARS) (or whatever officer is up in the observation booth would then announce At the scheduled time inmate CAVAZOS 3:40 pm phone call phone 3 etc). Plaintiff approach his scheduled phone time At 3:40 pm, phone 3 with no announcements from C/O SEARS. Inmate Jose Lopez lingered onto phone 3 receiver without conversating -

see added pages cont. page 11

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case?  ☐ Yes  ☑ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:

Plaintiffs: _____ N/A _____

Defendants: _____

(b)  Name of the court and docket number: ____ N/A _____

_____

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____ N/A _____

(d)  Issues raised: _____ N/A _____

_____

_____

_____

(e)  Approximate date case was filed: _____ N/A _____.

(f)  Approximate date of disposition: _____ N/A _____.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ?  ☑ Yes  ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought.

The Plaintiff has exhausted his Administrative Remedies with Respects to All claims And All defendants, As A matter of law, United States Code And Federal Case law, under Prison Litigation Reform Act

_____

_____

_____

_____

**E.  Request for Relief**

Plaintiff requests that this Court grant the following relief:

     1.  An injunction preventing defendant(s): ~~█████~~ *All defendants to be on CDCR STAFF separation Alert from Plaintiff And Plaintiff CDCR Inmate sibling Enrique Cavalos E72768. Any other relief -Injunction in the interest of preserving the civil rights of Plaintiff.*

     2.  Damages in the sum of $ *15,000,000* .

     3.  Punitive damages in the sum of $ *10,000,000* .

     4.  Other: *Compensatory Damages 8,000,000*

**F.  Demand for Jury Trial**

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

**G.  Consent to Magistrate Judge Jurisdiction**

    In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

    The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

    You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☑ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

*March 10, 2022*
Date

*Robert Cavazos*
Signature of Plaintiff

COUNT 1, Additional Defendants, FACTS

1   Robert CAVAZOS

2          V.

3   John Doe (1) Defendants RJDCF, Sued - Individual capacity
4   John Doe (2)   "        "   RJDCF, Sued - Individual capacity
5   John Doe (3)   "        "   RJDCF, Sued - Individual capacity
6   John Doe (4)   "        "   RJDCF, Sued - Individual capacity
7   John Doe (5)   "        "   RJDCF, Sued - Individual capacity
8   MR. ARMETA     "        "   Sued Individual/official capacity
9   MR. COVELL     "        "   Sued Individual/official capacity
10  John Doe (6)             Sued Individual/official capacity
11              (in continuation of court Form page 3)
12  TREJO Replied by saying "No you fight like
13  A gladiator" - "You dont do what you did in LANCASTER".
14          By 4 pm (2-1-19) Several inmates
15  told me they heard c/o ms. GONZALEZ tell inmate
16  FOSTER "get CAVAZOS outside the building, I don't
17  want no blood in the dayRoom FLOOR". On the
18  way back from the dining Hall, 6 pm, on 2-1-19,
19  I was surrounded outside of C14 entrance
20  door by inmate FOSTER And numerous other
21  inmates. As the inmates encircled me to Attack
22  me, MS. GONZALEZ viewed me And the mob, And
23  she ignored the incidents - Refusing to Activate
24  the Alarm/code, she viewed the Attempts of
25  the inmates to encircle me for several minutes.
26      with no other Recourse, I RAN in the direction
27  of C15 as several inmates chased me.  c/o
28  defendant M. GARILASO And His partner defendant

CASE NO. 21CV1156 JAH-AHG

1

1. John Doe (2) stood in front of C15, viewing
2. the unfolding danger I was in And both
3. laughed And mocked me And refused to
4. activate the alarm - to quell the incident.
5. I then walk back to the front of C14
6. And all the inmates attempted to encircle me
7. again, as c/o Ms. Gonzalez (defendant) viewed
8. And said nothing And still refused to activate
9. alarm. I look up at her, And she shakes her
10. head at me - indicating a disgusted no.
11. I then observe C13 unlock release for
12. their walk to dinner - dining hall (which
13. their release is in the direction of C12,
14. however C13 observation officer John
15. Doe (3) Allowed An inmate from C13 to
16. go join the mob that encircled me in
17. front of C14.
18. For several more minutes defendants
19. Ms. Gonzalez, N. Garilaso, John Doe's 2 And 3
20. Allowed 8 inmates to encircle me And again chase
21. me towards C15, falling down I was punched And
22. kicked And stabbed on my palm-hand And back of
23. my head. As I staggered up to my feet And
24. took the offensive by lurging towards the mob of
25. inmates - it was only then - that c/o Garilaso
26. said, "he is starting to stab at them call the code".
27. I estimate that it took About 12 to 16 minutes
28. of observation without intervention to protect me by

Case No. 21cv1156JAH-AHG

2

1  defendants MS. GonzAlez, N. GARilAso, John Doe

2  2 And 3.   It is my contention that the

3  YARd observation And designated officer who stood

4  outside of the dining hall Also observed the 12 to

5  16 minutes that I was Attacked, chased, punched

6  on And stabbed.   Therefore Defendants YARd

7  observation 3Rd WATCH foR 2-1-19   is

8  defendant John Doe (4)  And designated outside

9  dining hall is  John Doe (5).

10      Defendant N. GARilAso  wRote A FAlse

11  incident Report on the day of the Above mentioned

12  incident dated 2-1-19, issued to Plaintiff RobeRt

13  CANAzos. In defendants description of the events

14  of 2-1-19, he claims A mob of inmates in A

15  melee, however According to his Account he

16  identify's None of the eight inmates identified

17  in the vicinity of the incident.   In turn

18  defendant GARilAso issued No other Rules violation

19  Report.  Though video surveillance footAge exist

20  of All Above defendants in Count 1,  viewing

21  the onslAught Attempted murder of PlAintiff

22  RobeRt CANAzos foR moRe then 12 minutes without

23  intervention.

24      EAch of the defendants within Count 1 subjected

25  subjected PlAintiff to cRuel And unusual punishment,

26  due pRocess And fRee speech.   Including As defendants

27  then Associate WARden mR. AmeNTA And then WARden

28  Covell.  On oR About 2-6-19  WARden Covell

CASE No. 21CV1156JAH-AHG

3

1  And Associate Warden Armesta spoke to Plaintiff
2  in a conference room within B10-ASU at about
3  3 pm. Warden Covell was viewing the video
4  footage of the 2-1-19 incident And Defendant
5  Armesta Acknowledge viewing the video. They
6  both sternly warned me of keeping the code of
7  silence. And "for your own good" said Armesta
8  "you know better not to pursue "this" thru 602
9  (grievance) process. Warden Covell said; "that
10  was funny — how fast you ran — but you will not
11  Run out of Donovan like you did in Lancaster last
12  year!" Armesta said, "you've heard of the dead
13  inmate in his room for 3 days, now you know how
14  we do it here in Donovan". "So keep quiet and
15  Accept this discipline" said Covell. "All those minutes
16  you had displaying that weapon — your lucky our mini-
17  Rifle did not shoot you, only because we liked the
18  entertainment you gave us — So now you know — don't
19  ever turn on us again And you'll be okay here"
20  said Armesta. "Or else next time, we don't
21  Activate An Alarm, Just like when that inmate
22  disrespected Ms. Gonzalez (defendant), on Briones
23  watch (defendant)" said; Mr. Armesta. (Mr. Armesta
24  reference to Briones was a January 2019 evening
25  dayroom within C14 housing, "Mr. Briones, Ms. Gonzalez
26  John Doe C/O Allowed two inmates to beat up Another
27  inmate for 5 minutes, nor Alarm Activated, no report
28  written. In turn Briones, immediately when the peace

Case No. 21cv1156JAH-AH6

4

1  Officer Sanctioned beating ceased, he Defendant Briones
2  walked to my seated dayroom table saying "you didn't
3  see nothing — your here to stay — we know what you
4  did in Lancaster." ((A point of reference to February No-
5  2018 Lancaster Prison - Plaintiff utilized a contraband
6  cellphone to call CDCR Headquarters, to denounce
7  the ongoing civil Rights violation in particular
8  Plaintiff's former longtime childhood/family friend
9  Lieutenant Anthony Tony Martinez then employed at
10  Lancaster Prison))).   At this juncture of this second
11  Amendmented complaint — Plaintiff is asking the court
12  to include-Officer Briones into either Count 4
13  violation occurrence of on or About January 14,
14  2019 threat he made to Plaintiff "Lancaster incident"
15  And or for the court - concise plain statement
16  consideration be considered as met as "short and
17  plain as is possible - under Federal Rule of Civil
18  Procedure 8(A)(2). Plaintiff is being concise And direct,
19  As much as it is possible these many different counts
20  1, 2, 3 And or count 4 of dates of violation. In
21  view that this complaint" contains sufficient factual
22  matter - plausible on its face" per Federal Rule of Civil
23  Procedure Rule 12(b)(6).
24              In Regards to Defendant Briones
25  threat to Plaintiff life - voicing displeasure to An event that
26  occured At Lancaster Prison: Briones threat did occurr
27  Prior to Count 1 - event that took place in or About
28  January 14, 2019.  However Briones prophesying

Case No. 21cv1156 JAH - AHG

5

1  threats became physically manifested in the described
2  events of Count 1 dated February 1, 2019. Then the
3  further threats and infringement of plaintiffs God-
4  ordained - God given - merciful Constitutional
5  Rights continued under the color of Law with malice
6  and deliberate indifference by WARDEN COVELL and
7  ASSOCIATE WARDEN ARNETTA on or about February
8  6, 2019 as described in "additional page(s) of this
9  complaint under count 1 page 4.
10     The events of violation occurrences/omissions
11  by RJD STAFF is stemming from one singular event,
12  a reference to LANCASTER February 16, 2018 - dually
13  with reference to Rules violation report dated
14  March 17, 2017 issued to Plaintiff for "Allegedly"
15  for stalking a female civilian employee.
16     In Addition shortly AFTER the physical harming
17  of Plaintiff (2-1-19), by or about February 19, 2019
18  And on or about March 10-2019 Defendant
19  MARCUS LOPEZ took Plaintiff under escort within
20  ASU-B6 - to ASU medical clinic/mental Health clinic
21  And threatened plaintiff life AFTER placing the handcuffs
22  painfully tight And squeezing his upper arm said snarling
23  you should of never mentioned TONY-Ricky's brother, you
24  are lucky we will let you live (A reference to LANCASTER
25  OFFICER LT. Anathony Tony martinez 2-16-18 incident).
26     By or about March 10, 2019 Defendant marcus Lopez
27  stated at Plaintiffs door B6-208, I will make sure
28  the property officer does not issue your Ad-Seg

1. Allowable property — where we come from we don't
2. stalk woman, besides you killed a woman, And all of
3. your homeboys when I know want me to get you
4. killed, so get with the program before you get yourself
5. killed he said... ( Note that defendant Marcus
6. Lopez, Lancaster prison officer Anthony Martinez
7. have known Plaintiff since childhood days, including
8. Plaintiffs siblings Enrique (Henry) And Carlos with
9. many friends in common— All being from the city of
10. Santa Fe Springs California. Plaintiff, defendant M.
11. Lopez And officer A. Martinez family members are
12. known to Plaintiff et cetera).
13.     Finally under the influence of warden Covell
14. And associate warden Armenta, Asu Institutional
15. Classification committee elected to release Plaintiff
16. to (return) to Facility C on April 25-2019.
17. Plaintiffs discharge from Asu was a deliberate disregard
18. to the safety of Plaintiff. Seven of the eight inmates
19. reported but not identified in assaulting Plaintiff
20. on February 1-2019, remained housed on Facility
21. C.
22.     Contrary to all the criteria for Plaintiffs
23. housing for his prison infraction. Rules violation
24. report possession of a weapon (knife)/melee defense
25. dated 2-1-19, Plaintiffs housing recommendation
26. should of been retain in Asu, pending transfer
27. to Level IV 180 design. In addition each
28. of the seven inmates who ultimately chased and

Case No. 21CV1156-JAH-AHG

7

1  Attacked Plaintiff, (2-1-19), should of been placed on
2  Plaintiffs Enemy Separation List, However
3  Correctional Counselor II, Defendant John Doe (6)
4  chose to ignore Plaintiffs Request For Enemy concern
5  separation - further ignoring the video footage that
6  existed of the February 1, 2019 Attack of inmates,
7  As the defendants Gonzalez And Garilaso And
8  John Does 2-5 All watched for 17 minutes without
9  intervention.
10        Here within count 1 dated of violation is
11  Named Defendants Gonzalez, Garilaso, John Does
12  1-5 for the date of February 1-2019 A.m/p.m.
13  Now in full view of the continuing harm
14  violation plaintiff dates the beginning violation to
15  defendant Briones (page 4 and 5) therefore plaintiffs
16  other dates of violation of his 8th, 1st And 14th Amendments
17  Are on or About January 14, 2019; February 6-2019
18  For defendants Covell And Armenta pages 3-4. February
19  19, 2019 And March 10, 2019 defendant Marcus Lopez (at 6-7)
20  April 25-2019 Defendant John Doe (6) (At page 7-8).
21        For All Above Reasons in "Prima facie view", Plaintiff
22  contended on using continuing harm violation is unique
23  And unprecedent, perhaps in development of A new
24  Landmark case.   So Plaintiff is Attempting to show
25  An A chronological order Timeline within count 1, that
26  within each count 1, 2, 3 (court form page 1-5) is that
27  within each count 1-3 there is other dates And
28  defendants committing the violation of his Plaintiffs civil

CASE NO. 21CV1156-JAH-AHG.

8

Rights, In staying with the insurmountable task of short and plain statement Fed. R. Civ. P. 8(A)(2) and 12(b)(6) containing sufficient factual matter - plausible on its face (Prima Facie).

Therefore; "Plaintiff(s)" can recover for the whole course of conduct even if it started outside the limitations period Heard v. Sheahan 253 F. 3d at 318 ("A violation is called continuing", signifying that a plaintiff can reach back to its beginning even if that beginning lies outside the statutory limitations period, when it would be unreasonable to require or even permit him to sue separately over every incident of the defendants unlawful conduct").

The continuing wrong rule is applicable to continuing wrongful action, not to continuing injury accruing from an earlier wrong; Delaware State College v. Ricks, 449 U.S. 250, 258, 101 S.Ct. 487 (1980).

Lastly within the events of this count 1 - in ongoing harm violation on March 2 or 3 of 2019 I placed a 602 Appeal between 7 pm and 8 pm when housed in B10-208 (ASU). At about 9 pm mail pickup, an unknown officer collected my mail/602 grievance. The contents of the 602 was merely to state that I recognized officer defendant Marcus Lopez as in overfamiliarity — referring to the lemon tree at his dads house, the contacts I had with him at Santa Fe Springs Ca. Activity Center Gym, including the whittier union

9                    CASE NO. 21CV1156-JAH-AHG

High schools he Attended with my siblings, And names
of Relatives And in-laws who can verify the info I
provided in that 602 grievance. In fear of
retaliation I exposed Nothing else And included
that Marcus Lopez has not yet recognized me. My
hope was that such A grievance of a friendly
nature would cause Appeals Office - Administration
to immediate expiedient +Ransfer per TiTle 15,
Departmental Operation manuel. However Plaintiff
never heard Anything of that 602 Appeal, not even
A receipt of notice. Due Process violation
And freedom of speech.

(Continuation of count 2 from court Form page 4)(count 2)
— Stomach And chest covered-metal vest. The three
defendants Toledo, Hernandez, Trevino laughed as they
walked Away. As they walked down the stairs, Hernandez
said, "go Ahead shower running man - stalker".
    On same date January 3, 2021 Defendant Trevino
wrote a falsified Account Rules violation Report Infraction
And issued the violation Report to Plaintiff. In his
report he states that Plaintiff went to shower during
cell feeding, cursing profanity, he (Plaintiff) delayed
the program - Peace Officer for 20 minutes. (Though
multiple dozen inmates witness the entire unlawful
excessive force — And if Any such 20 minute delaying
A peace officer occurred RJD/CDCR protocal would
dictate the Activation of A code Alarm, immediately,

CASE NO. 21CV1156-JAH-AHG

1  to the point of placing any such inmate in
2  handcuffs within the FiRST minute of such defiant
3  delay).

4      Regarding this above count 2 court form page 4,
5  Additional pages 10-11, herein include:
6  DeFendant MR. TRevino, sued Individual capacity
7  DeFendant MR. Hernandez, sued Individual capacity

8

9      (Count 3 continuation from court form page 5)
10  And plaintiff waited 2 minutes to then say at 3:47 pm,
11  "excuse me its my scheduled phone time". Lopez said,
12  wait, I will dial one more number - besides Im
13  scheduled at this phone Right now". So plaintiff
14  peels off the phone schedule off the wall (5 feet away)
15  And shows inmate Lopez. However inmate Lopez acted
16  As to dial, but hung-up the receiver. As plaintiff
17  dialed on the phone with his back turned towards Lopez,
18  inmate Lopez swung at the back of plaintiff head and
19  side of Right face, As plaintiff turned to face Lopez,
20  plaintiff was struck on his 11th rib by a fashioned
21  sharp weapon by inmate Jose Lopez. Then one of
22  the three officers - present c/o Cuevas activated the
23  AlARm to quell the incident.
24      Plaintiff was escorted to the holding tank at
25  A2 medical clinic by Defendant J. Sanchez. MR.
26  Ogle did an unclothed Body Search - And plaintiff
27  then said Im in a lot of pain I need to see the
28  Rn (nurse), however Defendant Ogle said," no you are

CASE NO. 21CV1156-JAH-AHG

11

1   OKAy", And Ogle left Plaintiff in the holding TANK,
2   ( occurrence was at 4 pm.)    A few minutes later
3   Plaintiff Asked Defendants J. Sanchez And Ms. Sanchez
4   I'm in pain, Rib hurts, head hurts, back And leg,
5   So when Am I being sent to the Triage medical
6   unit". Both ignored me and they went back taking
7   turns on the CDCR computer.   Two hours later
8   Plaintiff was told by Ms. Sanchez And J. Sanchez,
9   "you would now Return back to your housing unit".
10  The Registered Nurse J. Doe (9) never seen me nor
11  treated, nor called the medical Doctor on
12  April 15, 2021.       Sargeant Jane Doe (7) seen my
13  injurys prior to being placed in Ad-medical Clinic Holding
14  TANK-cell, so she deliberately chose to diminish the
15  incident by not "calling-in" the Investigative Special
16  Unit Correctional officers (ISU) in order to take the
17  protocol interview of myself And to take pictures of
18  my injurys, As PARt of the mandatory protocol crime
19  Report; in which case Lieutenant Third watch for
20  April 15, 2021 Also Acted with malice Afore thought with
21  Deliberate Indifference by failing to "call in" the
22  Investigative Special unit in An Attempt to cover-up the
23  obvious that All the Above Defendants within count 3
24  conspired, had prior knowledge, further knowledge After the
25  incident to cover up As much As possible their deliberate
26  indifference; impeding my medical care with the Nurse.
27  They further silenced my free speech And due process.
28         Herein asking the court in taking notice to

CASE NO. 21CV1156-JAH-AHG

12

1   Count 1 court form page 2-3, Added pages 1-3, violation

2   dated February 1-2019: That the court if need be

3   Add As count 4 date violation 2-6-19, Defendants

4   Armenta And Covell As stated in Added pages 3-4.

5   Count 5 on or about 1-14-19 Defendant Briones,

6   Added pages 4-6.

7   Count 6 Defendant Marcus Lopez 2-19-19, 3-10-19

8   Added pages 6-7; Page 15, 6-3, 10-2021, 7-1, 8-2021, May 27, 2021

9   Count 7 Defendant John Doe (6) Added pages 7-8.

10   OR And that counts 4-7 court form 2-3, Added

11   pages 1-10 be Accepted Already specified As count

12   1 "ongoing continuous injury, which only for the sake

13   of piecemeals for orderly fashion count 2 And count

14   3 described court form page 4-5, Added pages 10-12 Also

15   be considered As one continuing ongoing Injury - of

16   insurmountable violations of Plaintiff constitutional

17   civil Rights.

18   Nevertheless to keep in As much possible orderly

19   Timeline:

20   Count 8:  Violation date April 16, ~~April~~ 2021

21   Defendants

22   I. Bravo (page 1 court form) sued Individual capacity

23   John Doe (10), sued Individual And Official Capacity

24   On April 16, 2021, About 12:30 pm, within A2, I

25   notified staff of Immense pain due to injurys sustained

26   On 4-15-21. Speaking to A2 psych. tech. voc. nurse

27   ms. Sanchez (not defendant other ms. Sanchez c/o) she

28   convinced A2 c/o's to Allow Plaintiff be wheeled into A

Case No. 21cv1156-JAH-AHG

13

1   wheel chair and plaintiff was sent to a facility med.-
2   clinic. There while medical Doctor Defendant John
3   Doe (10) denied me medical Treatment, in part because
4   defendants I-Bravo and Jane Doe (7) told the
5   M.D., he plaintiff is full of shit, scared liar -
6   snitch, he said nothing of these injurys yesterday
7   said I-Bravo and Jane Doe (7) near identical words.
8   Then I-Bravo said "now get out of here before I
9   beat your ass! Then John Doe (10) touched my
10  cut open Rib and said "There is nothing wrong with you
11  no fracture and refused to examine other notable
12  swelling cut injurys. As I stepped outside of a
13  facility med clinic, I collaspe to floor onto my Right
14  Side. Other sargeants stood over me one said you
15  faver though I pleaded I need x-rays and pain
16  meds. At door way to clinic stood I-Bravo, Jane Doe
17  (7) and J. Doe (10) all shaking their head in disgust and
18  all then smiling and chuckling. I was tIed on
19  floor 10 minutes, finally placed on wheel chair and
20  sent back to Ad-10# housing.
21  count #9: on may 18, 2021 includes Defendants Torrin
22  and mercado sued individual capacity
23      Captain V. Cortez, Lt. Shepard, Cuevas, mercado
24  claim the existence of an anonymous note found in Ad
25  by Cuevas and mercado. The note does not exist
26  though each claim that the note says (Plaintiff)
27  Canazos is about to assault staff. These defendants
28  acted in retaliation for my free speech administrative

CASE NO. 21CV1156-JAH-AHG

14

1  GRIEVANCES submitted (again with add ons) in the week of
2  MAY 10-14, 2021 describing count 1-3, 4-10. so I was
3  unjustly housed to segregation. As JORRIN came to
4  escort me from A yard to segregation, he refused protocol
5  And did not handcuff me, And opered cage door And
6  taunted me to Fight him And two C/O's, then he
7  injured my leg with cage door.
8      COUNT 10: DEFENDANT(S) SCOTT STEIDMAN (AW), John
9  Doe 12 (CCII) on MAY 27, 2021, ignored my pleas of the
10 overfamiliarities with C/O M.LOPEZ. As I exited committee
11 in ASU B6, C/O M.LOPEZ Attempted to snatch me Away from
12 my escort. C/O M.Lopez then Approached my cell door on
13 6-3-21, 6-10-21, 7-1-21, 7-8-21, And taunted me About
14 his overfamiliarities About my siblings And his
15 encounters with them since 1986.
16 count 11: On 6-10-21, S. STEIDMAN And John Doe 12 (sued
17 Individual and official capacity) elected to retain me
18 unlawfully in segregation without designation of "NDS."
19 court 12: Defendant J. Doe (13) sued Individual capacity.
20 For on 9-10-21 unlawfully ultilized CDCR computer, Accessed
21 MENTAL HEALTH DATA And or on PALM Pilot Device/smartphone
22 "Googled" personal information of my case conviction And
23 Siblings NAME And gave it to inmate BARRETT As intimidation.
24 court 13: Defendant Sgt. Rivera - sued individual capacity, on
25 9-11-21 ordered the use of unlawful use of Force on me
26 COUNT 14: Defendant K. JUAREZ sued individual capacity for on
27 9-16-21 Assaulted me. court 15 LT. MIRANDA THREATEN to kill me
28 on 2-7-20 And held me unlawfully on C yard from 2-7-20 thru 2-13-20

MARCH 10, 2022   Robert Cavanpo   CASE ND. 21CV1156-JAH-AHG

15

# PROOF OF SERVICE

Plaintiff Robert CAVAZOS in case no.
21CV1156-JAH-AHG, U.S. Dist. Ct. S. Dist., is
depositing in the U.S. mail at Salinas
Valley State Prison, P.O. Box 1050, Soledad
CA. 93960 the following Documents:
Second Amended Complaint court Form
pages 1-7 with 15 Additional pages, with 1
separate page Motion Request to Add 5 Additional
pages.

Original
and copy
To:
Clerk of U.S. District Court
Room 4290,
880 Front Street,
San Diego, CA 92101-8900

March 10, 2022          Robert Cavazos
                        Robert CAVAZOS
                        Plaintiff

Robert CAVAZOS J96206
SVSP , TC2 - C42
P.O. Box 1050
Soledad CA 93960





CLERK OF U.S. DISTRICT COURT, Rm.4290
880 FRONT STREET
SAN DIEGO   CA 92101 - 8900

CONFIDENTIAL
LEGAL MAIL

C/O Dhanor

3/10/22

Confidential Legal mail