UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT CAVAZOS,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>TREJO; et al.,<br><br>        Defendants - Appellees. | No. 22-55792<br><br>D.C. No. 3:21-cv-01156-JAH-AHG<br>U.S. District Court for Southern California, San Diego<br><br>**MANDATE** |

The judgment of this Court, entered September 22, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

FILED

SEP 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROBERT CAVAZOS,

    Plaintiff-Appellant,

v.

TREJO; et al.,

    Defendants-Appellees.

No. 22-55792

D.C. No. 3:21-cv-01156-JAH-AHG
Southern District of California,
San Diego

ORDER

Before: M. SMITH, BRESS, and VANDYKE, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order disposing of fewer than all claims against all parties not immediately appealable unless district court directs entry of judgment pursuant to Fed. R. Civ. P. 54(b)). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

DA/Pro Se